FILED

2003 OCT 17 P 1: 16

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HARTFORD CT

* * * * * * * * * * * * * * * * * * * * *

PAUL ALLEN,
    Plaintiff,

V.

GERARD EGAN, EILEEN MEEHAN
and the NEW LONDON COUNTY
SHERIFF'S DEPARTMENT, NKA
JUDICIAL BRANCH OF
THE STATE OF CONNECTICUT,
    Defendants.

CIVIL ACTION NO.:
3:02CV2251(DJS)

OCTOBER 15, 2003

* * * * * * * * * * * * * * * * * * * *

## MOTION TO ENLARGE TIME

The defendants hereby request an extension of time as to the filing of a Motion for Summary Judgment. At present, the deadline for filing a Motion for Summary Judgment is October 17, 2003. However, there is currently pending before the Court a Motion to Dismiss. As such, the defendants are unable at present to determine whether a Motion for Summary Judgment is necessary until after the Court renders a ruling on the Motion to Dismiss. The defendants respectfully request that the new deadline for a Motion for Summary Judgment to be filed is from 90 days from the Court's ruling on the pending Motion to Dismiss.

Plaintiff's counsel Christine Corriveau has been consulted and

consents to this extension. The undersigned counsel is filing this motion on behalf of Gerry Egan individually as well as for Attorney Jane Emons, who represents Gerry Egan in his official capacity as well as the State of Connecticut, Eileen Meehan and New London County Sheriff's Department.

        RESPECTFULLY SUBMITTED,

        THE DEFENDANT,
        GERARD EGAN

        By_____
        Jeffrey W. Kennedy (CT 16419) of
        Milano & Wanat LLC
        471 East Main Street
        Branford, Connecticut 06405
        Tel:(203)315-7000
        Fax:(203)315-7007
        Email: jkennedy@mwllc.us

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed, first-class, post prepaid to:

Francis A. Miniter, Esquire
Miniter & Associates
147 Charter Oak Avenue
Hartford, Connecticut 06106

Jane B. Emons
Assistant Attorney General
Federal Bar No. CT 16515
55 Elm Street
P.O. Box 120
Hartford, CT 06141

on this the /5 day of October, 2003.

Jeffrey W. Kennedy