UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **PAUL ALLEN**<br>    **Plaintiff** | : | |
| **v.** | : | CIVIL NO.: 3:02cv2251(DJS) |
| **GERARD EGAN, ET AL**<br>    **Defendants** | : | |

## ORDER

_____The parties shall follow the scheduling order as set out herein:    All discovery, including expert depositions and reports, shall be completed by **March 19, 2004.** Dispositive motions shall be filed by **April 19, 2004** and if no dispositive motions are filed, the parties shall file their joint trial memorandum by **May 19, 2004.** This case shall be trial ready, **June, 2004.**

   **IT IS SO ORDERED**.

   Dated at Hartford, Connecticut, this   23rd   day of January, 2004.


                             /s/DJS_____
                            Dominic J. Squatrito
                            United States District Judge