UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL ALLEN, | : | CIVIL ACTION NO. 3:02CV2251 (DJS) |
| *Plaintiff* | : | |
| | : | |
| v. | : | JUDGE DOMINIC SQUATRITO |
| | : | |
| GERARD EGAN, EILEEN MEEHAN | : | |
| and the NEW LONDON COUNTY | : | |
| SHERIFF'S DEPARTMENT, NKA | : | |
| JUDICIAL BRANCH OF | : | |
| THE STATE OF CONNECTICUT, | : | |
| *Defendants* | : | APRIL 19, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendants, Gerard Egan, Eileen Meehan and the New London County Sheriff's Department, nka Judicial Branch of the State of Connecticut, have manually filed the following document or thing

Exhibits in Support of Defendant's Motion for Summary Judgment.

These exhibits have not been filed electronically because

[ x ]   the document or thing cannot be converted to an electronic format
[ ]   the electronic file size of the document exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

        RESPECTFULLY SUBMITTED,

        DEFENDANTS,
        GERARD EGAN, EILEEN MEEHAN
        and the NEW LONDON COUNTY
        SHERIFF'S DEPARTMENT, NKA
        JUDICIAL BRANCH OF
        THE STATE OF CONNECTICUT

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____

        Jane B. Emons
        Assistant Attorney General
        Federal Bar No. 16515
        55 Elm Street - P.O. Box 120
        Hartford, CT  06141-0120
        Tel: (860) 808-5340
        Fax: (860) 808-5383
        Email:  jane.emons@po.state.ct.us

BY: _____

        Jeffrey Kennedy, Esq.
        Milano & Wanat
        471 East Main Street
        Branford, CT  06405
        Tel: (203) 315-7000
        Fax: (203) 315-7007
        Email:  jkennedy@mwllc.us

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 19th day of April, 2004, first class postage prepaid to:

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells St., Unit 1-D
Hartford, CT 06103

_____
Jane B. Emons
Assistant Attorney General