UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 10 A 11: 20
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| PAUL ALLEN | ) | |
|     Plaintiff | ) | CIVIL ACTION NO: |
| | ) | 3:02CV2251 (DJS) |
| VS. | ) | |
| | ) | |
| GERARD EGAN, EILEEN MEEHAN and the | ) | |
| NEW LONDON COUNTY SHERIFF'S | ) | |
| DEPARTMENT, NKA JUDICIAL BRANCH OF | ) | |
| THE STATE OF CONNECTICUT | ) | MAY 7, 2004 |
|     Defendant | | |

**MOTION FOR EXTENSION OF TIME**
**TO OBJECT TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to D.CONN. L. CIV. R. 7(b), the Plaintiff in the above entitled matter requests an Extension of Time to answer the Defendant's Motion for Summary Judgment dated April 19, 2004 for two weeks, until May 24, 2004. Plaintiff's counsel makes this request because 1) the Motion for Summary Judgment was mailed to our old address, and did not arrive at our new office until April 27, 2004, thereby shorting our opportunity to reply by more than one week and 2) Plaintiff's counsel has previous obligations outside of the office scheduled for May 12 through May 16, 2004. Despite diligent efforts, it has not been possible to complete our responses by May 10, 2004. To date, Plaintiff has already compiled eight affidavits from witnesses and needs additional time to complete the brief.

The Plaintiff has contacted Defendant's Counsel, Jane Emons and Jeffrey Kennedy, who have no objection to this Request.

This is the first Extension of Time to Answer the Motion for Summary Judgment filed by the Plaintiff.

THE PLAINTIFF

By *(signature)*
Christine E. Corriveau
Miniter & Associates
100 Wells Street Suite 1-D
Hartford, CT 06103
860-560-2590 ct 21212

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following this 7th day of May, 2004:

Jane B. Emons, AAG
55 Elm Street
P.O. Box 120
Hartford, CT 06141

Jeffrey W. Kennedy
Milano & Wanat
471 East Main Street
Branford, CT 06405

*(signature)*
Christine E. Corriveau