UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **PAUL ALLEN**<br>    **Plaintiff** | : |
| **v.** | : CIVIL NO.: 3:02cv2251(DJS) |
| **GERARD EGAN, ET AL**<br>    **Defendants** | : |

**ORDER**

_____The Motion for Extension of Time to Object to Defendant's Motion for Summary Judgment (Doc. #39) is hereby **GRANTED to and including May 24, 2004.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   11th   day of May, 2004.

                                           /s/DJS_____
                                          Dominic J. Squatrito
                                          United States District Judge