UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL ALLEN )<br>　　　Plaintiff　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>VS.　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>GERARD EGAN, EILEEN MEEHAN and the )<br>NEW LONDON COUNTY SHERIFF'S　　　　)<br>DEPARTMENT, NKA JUDICIAL BRANCH OF )<br>THE STATE OF CONNECTICUT　　　　　　)<br>　　　Defendant | CIVIL ACTION NO:<br>3:02CV2251 (DJS)<br><br><br><br><br><br>MAY 24, 2004 |

### PLAINTIFF'S OBJECTION TO JOINT MOTION FOR SUMMARY JUDGMENT

The Plaintiff in the above captioned matter objects to the Defendant's Joint Motion for Summary Judgment for the reasons contained in Memorandum of Law filed herewith.  In addition to the Memorandum of Law, the Plaintiff files the following supporting documents:

1) Statement of Material Facts in Dispute;

2) Deposition of Paul Allen ¶30-35;

3) Affidavit of Paul Allen and Exhibits;

4) Affidavit of Bruce Bissonette;

5) Affidavit of Vic DeBartolo;

6) Affidavit of Bill Hawks;

7) Affidavit of Hervey Hinse;

8) Affidavit of Ken Jaskiewicz;

9) Affidavit of James Miller;

10) Affidavit of Frank Paparelli and Exhibit;

11) Affidavit of Joel F. Riley.

THE PLAINTIFF

By_____
Francis A. Miniter
Christine E. Corriveau
Miniter & Associates
100 Wells Street Unit 1-D
Hartford, CT 06103
860-560-2590 ct 09566/21212

## CERTIFICATION

     I hereby certify that a copy of the foregoing was mailed to the following this _____ day of May, 2004:

Jane B. Emons, AAG
55 Elm Street
P.O. Box 120
Hartford, CT 06141

Jeffrey W. Kennedy
Milano & Wanat
471 East Main Street
Branford, CT 06405

                                                                       _____
                                                                       Francis A. Miniter
                                                                       Christine E. Corriveau