UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL ALLEN                )  |   | |
|     Plaintiff                )  | CIVIL ACTION NO: |
| )  | 3:02CV2251 (DJS) |
| VS.                                       )  | |
| )  | |
| GERARD EGAN, EILEEN MEEHAN and the )  | |
| NEW LONDON COUNTY SHERIFF'S       )  | |
| DEPARTMENT, NKA JUDICIAL BRANCH OF )  | |
| THE STATE OF CONNECTICUT      )  | MAY 10, 2004 |
|     Defendant  | |

STATE OF CONNECTICUT
                            ss: Hartford        May ____, 2004
COUNTY OF HARTFORD

**AFFIDAVIT OF BRUCE BISSONETTE**

    The undersigned, being over the age of eighteen years, and believing in the obligations of an oath, and being duly deposed, hereby make affidavit and state:

    1.    I have been employed as a Special Deputy Sheriff (now a Judicial Marshal) of the New London County Sheriff's Department, now known as the Judicial Branch of the State of Connecticut, for approximately 6 years.

    2.    At the time of my hire, I was fifty-three (53) years of age and a retiree receiving a pension from the City of Norwich.. I am presently sixty (60) years old.

    3.    From the beginning of my employment until on or about December 2000, Defendant Gerard Egan was the High Sheriff of New London County.

    4.    From December 2000 to the present, Defendant Eileen Meehan was the Personnel Manager of the Recruitment, Employee and Marshal Services Section of the Judicial Branch of the State of Connecticut.

    5.    Gerard Egan has told me that full-time is only for people who did not have a pension.

      6.      Consequently, since I am presently receiving a pension, I have not been allowed to work a five-day work week with the New London County Sheriff's Department.

      Dated at _____, Connecticut this \_\_\_\_ day of May, 2004.

                                                          _____
                                                          Bruce Bissonette

Subscribed and sworn to before me this \_\_\_\_ day of May, 2004.

                                                        _____
                                                          Notary Public
                                                          Commissioner of the Superior Court