## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL ALLEN )  Plaintiff ) | ) | CIVIL ACTION NO: |
| ) | 3:02CV2251 (DJS) |
| VS. ) | |
| ) | |
| GERARD EGAN, EILEEN MEEHAN and the ) | |
| NEW LONDON COUNTY SHERIFF'S ) | |
| DEPARTMENT, NKA JUDICIAL BRANCH OF ) | |
| THE STATE OF CONNECTICUT ) |   MAY 10, 2004 |
|   Defendant | |

STATE OF CONNECTICUT
                                    ss: Hartford          May ____, 2004
COUNTY OF HARTFORD

## AFFIDAVIT OF VIC DEBARTOLO

The undersigned, being over the age of eighteen years, and believing in the obligations of an oath, and being duly deposed, hereby make affidavit and state:

1.	I have been employed as a Special Deputy Sheriff (now a Judicial Marshal) of the New London County Sheriff's Department, now known as the Judicial Branch of the State of Connecticut, since September or November, 1990.

2.	At the time of my hire, I was a retiree and receiving a pension from the Norwich Public Utilities. At the time of my hire, I was approximately 52 years old. I am presently 66 years old.

3.	Defendant Gerard Egan was the High Sheriff of New London County until December, 2000.

4.	From December 2000 to the present, Defendant Eileen Meehan was the Personnel Manager of the Recruitment, Employee and Marshal Services Section of the Judicial Branch of the State of Connecticut.

5. At the time of my hire, I was working five days a week under Sheriff Martin. However, when Sheriff Egan came on the job, I was reduced to working 4 days a week.

6. When I asked to be returned to full time work, Sheriff Egan told me that "Shop Rite has a union and they are looking for baggers."

7. I have asked verbally and in writing to be returned to full-time, five days a week. Egan told me many times that because I am retired and receiving a pension, I will never get a fifth day again.

8. Egan told me if I continued to ask for the fifth day, I would not be given any days. I perceived this as a threat to my job, so I stopped asking for the fifth day.

9. I believe the Sheriff's Department has hired many full time employees since my time was reduced to four days.

10. Since I am presently receiving a pension, I have not been allowed to work a five-day work week with the New London County Sheriff's Department since shortly after Sheriff Egan started working there.

Dated at _____, Connecticut this \_\_\_\_ day of May, 2004.

_____
Vic DeBartolo

Subscribed and sworn to before me this \_\_\_\_ day of May, 2004.

_____
Notary Public
Commissioner of the Superior Court