UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL ALLEN )<br>    Plaintiff ) | ) | CIVIL ACTION NO:<br>3:02CV2251 (DJS) |
| VS. | ) | |
| | ) | |
| GERARD EGAN, EILEEN MEEHAN and the<br>NEW LONDON COUNTY SHERIFF'S<br>DEPARTMENT, NKA JUDICIAL BRANCH OF<br>THE STATE OF CONNECTICUT<br>    Defendant | )<br>)<br>)<br>) | MAY 10, 2004 |

STATE OF CONNECTICUT
                              ss: Hartford         May ____, 2004
COUNTY OF HARTFORD

### AFFIDAVIT OF BILL HAWKS

The undersigned, being over the age of eighteen years, and believing in the obligations of an oath, and being duly deposed, hereby make affidavit and state:

1. I have been employed as a Special Deputy Sheriff (now a Judicial Marshal) of the New London County Sheriff's Department, now known as the Judicial Branch of the State of Connecticut, since September, 1994.

2. At the time of my hire, I was a retiree and receiving a pension from the State of Connecticut.

3. Defendant Gerard Egan was the High Sheriff of New London County until December, 2000..

4. From December 2000 to the present, Defendant Eileen Meehan was the Personnel Manager of the Recruitment, Employee and Marshal Services Section of the Judicial Branch of the State of Connecticut.

5. At the time of my hire, I was working three days a week. However, I was assured that I eventually would be full-time.

6. Eventually, I was given a fourth day, but I was never given a fifth day. Egan told me that a fourth day was all I would ever have, because I am receiving a pension.

7. After Egan got into a disagreement with a co-worker named Miller, Egan said to me "Miller will never work 5 days again and you won't, either, because you are receiving a pension."

8. Consequently, since I am presently receiving a pension, I have never been allowed to work a five-day work week with the New London County Sheriff's Department.

Dated at _____, Connecticut this \_\_\_\_ day of May, 2004.

_____
Bill Hawks

Subscribed and sworn to before me this \_\_\_\_ day of May, 2004.

_____
Notary Public
Commissioner of the Superior Court