UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL ALLEN )<br>    Plaintiff )<br>)<br>VS. )<br>)<br>GERARD EGAN, EILEEN MEEHAN and the )<br>NEW LONDON COUNTY SHERIFF'S )<br>DEPARTMENT, NKA JUDICIAL BRANCH OF )<br>THE STATE OF CONNECTICUT )<br>    Defendant | CIVIL ACTION NO:<br>3:02CV2251 (DJS)<br><br><br><br><br><br>MAY 10, 2004 |

STATE OF CONNECTICUT
                              ss: Hartford          May ____, 2004
COUNTY OF HARTFORD

**AFFIDAVIT OF HERVEY HINSE**

The undersigned, being over the age of eighteen years, and believing in the obligations of an oath, and being duly deposed, hereby make affidavit and state:

1. I have been employed as a Special Deputy Sheriff (now a Judicial Marshal) of the New London County Sheriff's Department, now known as the Judicial Branch of the State of Connecticut, since 1987.

2. At the time of my hire, I was approximately fifty (50) years of age and a retiree receiving a pension from the City of Norwich.. I am presently sixty-seven (67) years old.

3. From 1995 until on or about December 2000, Defendant Gerard Egan was the High Sheriff of New London County.

4. From December 2000 to the present, Defendant Eileen Meehan was the Personnel Manager of the Recruitment, Employee and Marshal Services Section of the Judicial Branch of the State of Connecticut.

5. Up until 1995, I worked a five-day week at the New London Sheriff's Department. In 1995, I was reduced to a four-day week.

6.	After my fifth day was taken away, Gerard Egan approached me and asked me if I was upset with him.  He said, "I'm doing it to guys who are collecting pensions."

7.	Consequently, since I am presently receiving a pension, I have not been allowed to work a five-day work week with the New London County Sheriff's Department since 1995.

Dated at _____, Connecticut this \_\_\_\_ day of May, 2004.


_____
Hervey Hinse


Subscribed and sworn to before me this \_\_\_\_ day of May, 2004.


_____
Notary Public
Commissioner of the Superior Court