UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL ALLEN ) | | |
|     Plaintiff ) | | CIVIL ACTION NO: |
| ) | | 3:02CV2251 (DJS) |
| VS. ) | | |
| ) | | |
| GERARD EGAN, EILEEN MEEHAN and the ) | | |
| NEW LONDON COUNTY SHERIFF'S ) | | |
| DEPARTMENT, NKA JUDICIAL BRANCH OF ) | | |
| THE STATE OF CONNECTICUT ) | | MAY 10, 2004 |
|     Defendant | | |

STATE OF CONNECTICUT
                         ss: Hartford        May ____, 2004
COUNTY OF HARTFORD

**AFFIDAVIT OF KEN JASKIEWICZ**

The undersigned, being over the age of eighteen years, and believing in the obligations of an oath, and being duly deposed, hereby make affidavit and state:

1.    I have been employed as a Special Deputy Sheriff (now a Judicial Marshal) of the New London County Sheriff's Department, now known as the Judicial Branch of the State of Connecticut, since December, 1998.

2.    At the time of my hire, I was a retiree from the Connecticut Department of Corrections and receiving a pension from the State of Connecticut. I am presently 56 years old.

3.    Defendant Gerard Egan was the High Sheriff of New London County from the time I started working at the Sheriff's Department until December, 2000.

4.    From December 2000 to the present, Defendant Eileen Meehan was the Personnel Manager of the Recruitment, Employee and Marshal Services Section of the Judicial Branch of the State of Connecticut.

5.    When I first began working for the Sheriff's Department, Egan promised that I would eventually work full-time, 5 days a week. However, I was only allowed to work three to four days a week.

6.    Younger people were hired after I was and were given full-time 5 days a week.

7.    I continually requested five days a week from Egan, the Supervisor Marty Lane, and the Deputy Chief, Thomas Conners. I never received a reply from them.

8.    For a while, I was technically a part time employee, but I was called into work five days a week. I was told that they were not going to call me into work anymore and I should just show up. Because of this, I believed that I had become a full-time employee. However, when the Judicial Department took over in December of 2000, I was again reduced to three days a week.

9.    Because I am receiving a pension, I have not been allowed to work full time with the New London County Sheriff's Department.

Dated at _____, Connecticut this ____ day of May, 2004.


                                                                                    _____
                                                                                    Ken Jaskiewicz

Subscribed and sworn to before me this ____ day of May, 2004.


                                                                                    _____
                                                                                    Notary Public
                                                                                    Commissioner of the Superior Court