UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL ALLEN          ) | |
|    Plaintiff          ) | CIVIL ACTION NO: |
|               ) | 3:02CV2251 (DJS) |
| VS.          ) | |
|               ) | |
| GERARD EGAN, EILEEN MEEHAN and the          ) | |
| NEW LONDON COUNTY SHERIFF'S          ) | |
| DEPARTMENT, NKA JUDICIAL BRANCH OF          ) | |
| THE STATE OF CONNECTICUT          ) | MAY 10, 2004 |
|    Defendant | |

STATE OF CONNECTICUT
                                ss: Hartford         May ____, 2004
COUNTY OF HARTFORD

**AFFIDAVIT OF JAMES MILLER**

The undersigned, being over the age of eighteen years, and believing in the obligations of an oath, and being duly deposed, hereby make affidavit and state:

1. I have been employed as a Special Deputy Sheriff (now a Judicial Marshal) of the New London County Sheriff's Department, now known as the Judicial Branch of the State of Connecticut, since March, 1994.

2. At the time of my hire, I was a retiree from the Connecticut State Police and receiving a pension from the State of Connecticut. I was also retired from the Coast Guard's Investigative Service and receiving a military pension. I am presently 63 years old.

3. Defendant Gerard Egan was the High Sheriff of New London County from 1995 until December, 2000.

4. From December 2000 to the present, Defendant Eileen Meehan was the Personnel Manager of the Recruitment, Employee and Marshal Services Section of the Judicial Branch of the State of Connecticut.

5. I held the office of President of the Sheriff's Association. In September of 1995, Sheriff Egan decided to reduce the hours of nine Special Deputy Sheriffs who were all retirees. I confronted him about it and attempted to persuade him to return the Special Deputy Sheriffs to their full time positions.

6. In retribution for my actions, Sheriff Egan decided that Retirees were no longer eligible to work 5 days a week. Egan made it a policy of the Sheriff's Department that retirees were not eligible to work full-time.

7. Since I am receiving a pension, I have not been allowed to work a five-day work week with the New London County Sheriff's Department.

8. Out of the 8 County Sheriff's Department, New London County Sheriff's Department is the only one that has a policy to limit retirees with pensions from working full time.

Dated at _____, Connecticut this \_\_\_\_ day of May, 2004.

_____
James Miller

Subscribed and sworn to before me this \_\_\_\_ day of May, 2004.

_____
Notary Public
Commissioner of the Superior Court