**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| PAUL ALLEN | ) | |
|     Plaintiff | ) | CIVIL ACTION NO: |
| | ) | 3:02CV2251 (DJS) |
| VS. | ) | |
| | ) | |
| GERARD EGAN, EILEEN MEEHAN and the | ) | |
| NEW LONDON COUNTY SHERIFF'S | ) | |
| DEPARTMENT, NKA JUDICIAL BRANCH OF | ) | |
| THE STATE OF CONNECTICUT | ) | MAY 10, 2004 |
|     Defendant | | |

STATE OF CONNECTICUT

                 ss: Hartford       May \_\_\_\_, 2004

COUNTY OF HARTFORD

**AFFIDAVIT OF FRANK PAPARELLI**

The undersigned, being over the age of eighteen years, and believing in the obligations of an oath, and being duly deposed, hereby make affidavit and state:

1.      I have been employed as a Special Deputy Sheriff (now a Judicial Marshal) of the New London County Sheriff's Department, now known as the Judicial Branch of the State of Connecticut, since 1995.

2.      At the time of my hire, I was a retiree and receiving a pension from the State of Connecticut. At the time of my hire, I was approximately 54 years old. I am presently 63 years old.

3.      Defendant Gerard Egan was the High Sheriff of New London County until December, 2000.

4.      From December 2000 to the present, Defendant Eileen Meehan was the Personnel Manager of the Recruitment, Employee and Marshal Services Section of the Judicial Branch of the State of Connecticut.

5.      At the time of my hire, I was working five days a week. However, in May of 1997, I was reduced to working 4 days a week due to the "policy of the department." Hank Kerr, who was

well over the age of 40, was also reduced to four days a week.  According to the May 23, 1997

memo, Hank and I did "a good job and these changes in no way reflect their work."  See Letter

attached hereto as Exhibit A.

6.      Diane Hatfield and Judy Leffingwell, who were both much younger and were not

receiving pensions,  were increased to five days a week when we were reduced to four.

7.      Since I am receiving a pension, I was not allowed to work a five-day work week with

the New London County Sheriff's Department from May of 1997 until my promotion on October

31, 2003.

Dated at _____, Connecticut this ____ day of May, 2004.


_____
Frank Paparelli


Subscribed and sworn to before me this ____ day of May, 2004.


_____
Notary Public
Commissioner of the Superior Court