## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL ALLEN )<br>    Plaintiff ) | CIVIL ACTION NO: |
| ) | 3:02CV2251 (DJS) |
| VS. ) | |
| ) | |
| GERARD EGAN, EILEEN MEEHAN and the )<br>NEW LONDON COUNTY SHERIFF'S )<br>DEPARTMENT, NKA JUDICIAL BRANCH OF )<br>THE STATE OF CONNECTICUT )<br>    Defendant | MAY 10, 2004 |

STATE OF CONNECTICUT
                        ss: Hartford        May ____, 2004
COUNTY OF HARTFORD

### AFFIDAVIT OF JOEL F. RILEY

The undersigned, being over the age of eighteen years, and believing in the obligations of an oath, and being duly deposed, hereby make affidavit and state:

1. I was employed as the Major of Operations in the New London County Sheriff's Department (now Judicial Branch) for approximately three years from the inception of Gerard Egan's tenure as High Sheriff. This was a position that was considered third in command of the Sheriff's Department. In that position, I was aware of the procedures that Sheriff Egan requested to be followed.

2. At the time of my hire, I was a retiree receiving a pension from the Connecticut State Police. However, as my position as Major of Operations, a management position, I worked five days a week. I am presently sixty-eight (68) years old.

3. From the beginning of my employment until the time I left my employment, Defendant Gerard Egan was the High Sheriff of New London County.

      4.      Gerard Egan has told me on many occasions that full-time is only for people who did not have a pension. He made that a major consideration in scheduling Special Deputy Sheriff's for duty.

      5.      However, High Sheriff Egan was friendly with several Special Deputy Sheriffs who he made an exception for in his rule against those receiving a pension working full time.

      6.      Egan expressed to me on many occasions that because people with pensions already were receiving money, they should not be allowed to work full time. However, this was arbitrary, because some of the individuals were receiving extremely small pensions and really needed the full time work.

      7.      I know of no legitimate reason the state would have for denying older individuals who are retirees from working full time. From my observations and beliefs, this was an arbitrary decision made by High Sheriff Egan.

      Dated at _____, Connecticut this \_\_\_\_ day of May, 2004.

_____
Joel F. Riley

Subscribed and sworn to before me this \_\_\_\_ day of May, 2004.

_____
Notary Public
Commissioner of the Superior Court