UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL ALLEN, | : | CIVIL ACTION NO. 3:02CV2251 (DJS) |
| *Plaintiff* | : | |
| | : | |
| v. | : | JUDGE DOMINIC SQUATRITO |
| | : | |
| GERARD EGAN, EILEEN MEEHAN | : | |
| and the NEW LONDON COUNTY | : | |
| SHERIFF'S DEPARTMENT, NKA | : | |
| JUDICIAL BRANCH OF | : | |
| THE STATE OF CONNECTICUT, | : | |
| *Defendants* | : | JUNE 2, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendants, Gerard Egan, Eileen Meehan and the New London County Sheriff's Department, nka Judicial Branch of the State of Connecticut, have manually filed the following document or thing

Exhibits in Defendants' Joint Reply Brief to Plaintiff's Objection to Joint Motion for Summary Judgment.

These exhibits have not been filed electronically because

[ x ]　the document or thing cannot be converted to an electronic format
[ ]　the electronic file size of the document exceeds 1.5 megabytes
[ ]　the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]　Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

          RESPECTFULLY SUBMITTED,

          DEFENDANTS,
          GERARD EGAN, EILEEN MEEHAN
          and the NEW LONDON COUNTY
          SHERIFF'S DEPARTMENT, NKA
          JUDICIAL BRANCH OF
          THE STATE OF CONNECTICUT

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

BY: _____
          Jane B. Emons
          Assistant Attorney General
          Federal Bar No. 16515
          55 Elm Street - P.O. Box 120
          Hartford, CT  06141-0120
          Tel: (860) 808-5340
          Fax: (860) 808-5383
          Email:  jane.emons@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 2nd day of June, 2004, first class postage prepaid to:

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells St., Unit 1-D
Hartford, CT  06103

_____
Jane B. Emons
Assistant Attorney General

2