```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * * * * * * *
                                       *
PAUL ALLEN,                            *
        Plaintiff,              *
                                       *
V.                              *         CIVIL ACTION NO.:
                                *         3:02CV2251(DJS)
GERARD EGAN, EILEEN MEEHAN             *
and the NEW LONDON COUNTY              *
SHERIFF'S DEPARTMENT, NKA       *
JUDICIAL BRANCH OF                     *
THE STATE OF CONNECTICUT,              *
        Defendants.             *         APRIL 29, 2005
                                       *
* * * * * * * * * * * * * * * * * * * *
```

## DEFENDANTS' WITNESS LIST

The defendants hereby submit this list of witnesses they expect to call at trial. An effort has been made to be over-inclusive in light of the Court's order that persons not listed may not be called. Defendants reserve the right to shorten this list and to not call each and every witness. They also reserve the right to call witnesses, not on this list, if necessary to rebut evidence offered by Plaintiff at trial. Defendant reserves the right to add or subtract from this list prior to trial as new information is learned.

1. Gerard Egan, 140 West Thames Street, Norwich, Connecticut 06360. This witness will testify about (a) his work interactions with the plaintiff; (b) the alleged

    incidents described in the plaintiff's complaint; (c) the plaintiff's behavior, attitude, demeanor and statements to him and others in the workplace; and (d) plaintiff's work assignments while special deputy sheriff.

2. Thomas Miller, Marshall's Department (New London). This witness will testify concerning (a) his work interactions with the plaintiff; (b) the alleged incidents described in the Complaint; (c) the plaintiff's behavior, attitude, demeanor and statements to him in the workplace; and (d) plaintiff's work assignment while special deputy sheriff and judicial marshal.

3. Thomas O'Connor Marshall's Department (New London). This witness will testify concerning (a) his work interactions with the plaintiff; (b) the alleged incidents described in the Complaint; (c) the plaintiff's behavior, attitude, demeanor and statements to him in the workplace; and (d) plaintiff's work assignment while special deputy sheriff and judicial marshal.

4. Lee Julian, Director of Equal Employment, Department of Corrections. Ms. Julian will testify concerning

      information contained in Department of Correction documents, including but not limited to payroll records, attendance records, personnel files, and call-in sheets.

5. Eileen Meehan, State of Connecticut Personnel Manager, Judicial Branch.  Ms. Meehan will testify concerning the oversight and coordination of labor relations and personnel in Sheriff's Department.

6. Paul Allen, plaintiff. This witness will testify about the alleged incidents described in the plaintiff's Complaint, and plaintiff's work assignments while special deputy sheriff.

```
                    THE DEFENDANT,
                    GERARD EGAN



            By      _____
                    Jeffrey W. Kennedy (CT 16419)
                    of Milano & Wanat LLC
                    471 East Main Street
                    Branford, Connecticut 06405
                    Tel:(203)315-7000
                    Fax:(203)315-7007
                    Email: jkennedy@mwllc.us
```

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been mailed, first-class, post prepaid to:

Francis A. Miniter, Esquire
Miniter & Associates
147 Charter Oak Avenue
Hartford, Connecticut 06106


Jane B. Emons
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141


on this the \_\_\_\_\_ day of April, 2005.

_____
Jeffrey W. Kennedy