UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL ALLEN )<br>    Plaintiff )<br> )<br>VS. )<br> )<br>GERARD EGAN, EILEEN MEEHAN and the )<br>NEW LONDON COUNTY SHERIFF'S )<br>DEPARTMENT, NKA JUDICIAL BRANCH OF )<br>THE STATE OF CONNECTICUT )<br>    Defendant | CIVIL ACTION NO:<br>3:02CV2251 (DJS) |

JOINT MOTION FOR EXTENSION OF TIME TO FILE

JOINT TRIAL MEMORANDUM

After consultation between Attorneys Kennedy and Miniter, Counsel for both parties dod hereby jointly request a two week extension of time for the filing of the Joint Trial Memorandum. Intense court and deposition obligations of both counsel have severely restricted their ability to do more than minimal consultation in the past weeks. Atty. Emons is not in her office this week and could not be consulted.

WHEREFORE, the parties request that the date for filing the Joint Trial Memorandum by extended to May 13, 2005

THE PLAINTIFF

By_____
Francis A. Miniter     ct 09566
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT 06103
860-560-2590

<u>CERTIFICATION</u>

      I hereby certify that a copy of the foregoing was mailed to the following this _____ day of April, 2005:

Jane B. Emons  
Attorney General's Office  
Employment Rights  
55 Elm St., PO Box 120  
Hartford, CT 06141-0120  
860-808-5340  
Email: jane.emons@po.state.ct.us

Jeffrey William Kennedy  
Milano & Wanat LLC  
471 E. Main St.  
Branford, CT 06405  
203-315-7000  
Fax: 203-315-7007  
Email: jkennedy@mwllc.us

 

_____  
Francis A. Miniter