## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL ALLEN | ) | |
| Plaintiff | ) | CIVIL ACTION NO: |
| | ) | 3:02CV2251 (DJS) |
| VS. | ) | |
| | ) | |
| GERARD EGAN, EILEEN MEEHAN and the | ) | |
| NEW LONDON COUNTY SHERIFF'S | ) | |
| DEPARTMENT, NKA JUDICIAL BRANCH OF | ) | |
| THE STATE OF CONNECTICUT | ) | MAY 12, 2005 |
| Defendant | | |

## PLAINTIFF'S LIST OF TRIAL EXHIBITS

Plaintiff hereby lists the following documents as exhibits to be used at the trial of this case:

1.     Memo to All Part Time Personnel dated 5/17/02 re: Scheduled Hours of Work

2.     Memo to Major Riley dated 5/23/97 re: Staffing

3.     Letter from Thomas Connors to Joel F. Riley dated 8/28/97

4.     Memo to All Personnel from Captain Martin J. Lane dated 7/10/98 re: Memo 96-015 dated September 13, 1998

5.     Memo to All Personnel from Captain Lane dated 9/11/98 re: Change of Commands/Promotion

6.     Memo dated 1/13/99 re: Transfers and Assignments

7.     Memo to All Personnel from Thomas Connors, Chief Deputy Re: Promotion of Jean Smith

8.     Memo to Paul Allen from Thomas Connors, Chief Deputy dated 1/6/00

9.     List of Employees Age 40 and Older Working Part Time

10.     Article from THE DAY dated 11/1/00.

11.     Memo dated 5/22/02 to All Supervisors re: New Payroll Procedures

12.     Memo to All Part Time Personnel dated 5/22/02 re: Scheduled Hours of Work.

13.    Re: <u>SPP 22,358</u>

14.    Notice of Benefits Determination Judicial Marshal State Retirees

15.    Memo to All Supervisors: All Part Time Judicial Marshals dated 7/19/01 re: Additional Time

16.    Part Time Hire Dates

17.    Additional Time Questionare dated 7/24/01

18.    Memo to All Supervisors/All Part-Time Judicial Marshals dated 9/11/01 re: Additional Time

19.    Additional Time Questionnaire dated 9/11/01

20.    Memo 96-002 GA 21 to All Personnel From Captain William Tewksbury, Jr. dated 2/1/96

21.    Personnel Order #5 dated 1/31/96

22.    Schedules 2/5/96, 2/29/96, 5/13/96, 5/20/96, 6/7/96, 6/12/96, 6/21/96, 6/26/96

23.    Memo to Captain Lane from Captain Tewksbury Re: Work Schedule changes/days off/replacements etc. for GA 21 Norwich period June 7 through 20th, 1996.

24.    Schedule and Assignment Changes - GA 21 Norwich Pay Period May 10-23, 1996

25.    Memo to County Training Coordinators from John G. Weiss, Director of Training, dated April 4, 1996 re: Supervisors Training, Saturday April 20, 1996

26.    Memo to Captain Lane From Captain Tewksbury re: Changes in Pay/time sheets - GA 21 Norwich Pay Period June 21, 1996 through July 4, 1996.

27.    Memo to Captain Lane From Captain Tewksbury re: Work Schedul Changes GA 21 Pay Period July 4, 1996 through July 18, 1996.

28.    Memo to Special Deputy Frank Paparelli from Captain William Tewksbury, Jr. dated 4/7/97 Re: Supervisor's position - GA 21, Norwich

29.    Memo to All Personnel from Captain Lane dated 9/11/98 re: Radio Number Assignment

30.    Regular Duty Schedules dated 5/6/97

31.    Assignment Schedule NLCSD - GA 21 Norwich

2

32.  Assignment list

33.  Work Schedules - Payroll

34.  Letter from Joel to Terri dated 7/17/97

35.  Radio Call Signs

36.  List of Dates of Hire

37.  List of Part-time/Full-time retirees

38.  Radio Call signs

39.  Special Deputy Sheriff Time Sheet 12/17/99-12/30/99 - Paul Allen

40.  Letter from Norma Santiago to Dominic Perrinicchi dated 2/15/00 re: Special Deputy Sheriff Paul Allen

41.  Memo To Nancy Wyman, State Comptroller from Paul Allen State Retiree, Re: Purchase of Special Deputy Service Time

42.  Labor Department Complaint dated 2/2/00

43.  Letter from Joseph Winski to Chip Walsh dated 4/5/01

44.  Memo To John W. Moore, Jr. Wendelle A. Battey and Patricia V. Low from David E. Johnson Agent, dated 9/19/ 00 re: State of Connecticut Office of the County Sheriffs and Hartford County Sheriff's Department and Local 731 IBPO and Report upon Investigation and Recommendation for Dismissal dated 9/7/00.

45.  List of Part Time Hire Dates

46.  Interdepartmental Message to Lt. Rick Miller from Paul W. Allen dated 11/21/00 re: 5 day work week.

47.  Special Deputy Sheriff Certificated dated 6/1/95

48.  Memo from Joseph W. Winski to Norma Santiago Smith re: Temp. Judicial Marshals

49.  Memo from Special Deputy James L. Miller to Vice President Dominic Pettinicchi re: Class Discrimination against employees

50.  Memo from Patricia C. Lempicki, Administrative Director to Special Deputy Sheriffs dated 1/13/00 re: Holidays, Personal Leave Days and Group Life Insurance

51.   Letter from Norma Santiago to Dominic Perrinicchi re: Age Discrimination against Special Deputies of New London County

52.   Memo From Paul Allen to Dominic Pettinicchi, 12-17-99

53.   Memo from Thomas Connors to Paul Allen, 1-6-2000

54.   Seniority List

55 .   List of Part-Timers

56.   Memo from Tewksbury to All Personnel, 2-1-96

57.   Memo re Transfers and Assignments 1-13-99

58.   Memo from Connors ro Riley, 5-23-97

THE PLAINTIFF

By_____
Francis A. Miniter     ct 09566
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT 06103
860-560-2590

4

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed to the following this _____ day of April, 2005:


Jane B. Emons
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120
860-808-5340
Email: jane.emons@po.state.ct.us


Jeffrey William Kennedy
Milano & Wanat LLC
471 E. Main St.
Branford, CT 06405
203-315-7000
Fax: 203-315-7007
Email: jkennedy@mwllc.us

_____
Francis A. Miniter