UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL ALLEN     Plaintiff | ) ) ) | CIVIL ACTION NO: 3:02CV2251 (DJS) |
| VS. | ) ) | |
| GERARD EGAN, EILEEN MEEHAN and the NEW LONDON COUNTY SHERIFF'S DEPARTMENT, NKA JUDICIAL BRANCH OF THE STATE OF CONNECTICUT     Defendant | ) ) ) ) ) | MAY 12, 2005 |

**PLAINTIFF'S SUPPLEMENTAL LIST OF POTENTIAL TRIAL WITNESSES**

In addition to the persons listed within the body of the Joint Trial Memorandum, Plaintiff names the following potential witnesses.

1. Joseph Winski, Union Vice President of New London County, 9 Ash Road, Norwich, CT 860-877-6855

2. Frank Paparelli, 10 Debbie Court, Norwich, CT 889-0374, witnessed remarks by Sheriff Egan and/or Deputy Thomas Connors limiting anyone with a retirement income to four days per weeks and giving younger individuals those days.

3. James Miller, 19 Morgan Road c/o 2056, Salem CT 06420 859-5304, witnessed remarks by Sheriff Egan and/or Deputy Thomas Connors limiting anyone with a retirement income to four days per weeks and giving younger individuals those days.

4. Norma Santiago, Union President, IBPO Local 731

5. William Hawks, 32 Spring Road, Griswold, CT, 376-9664, witnessed remarks by Sheriff Egan and/or Deputy Thomas Connors limiting anyone with a retirement income to four days per weeks and giving younger individuals those days.

6. Allen Geer, 39 Hill Street, Jewett City, CT

7. Joseph Holmes, 22 Arrowhead Drive, Ledyard, CT

8. Bruce Bissonette, 887-9674, witnessed remarks by Sheriff Egan and/or Deputy Thomas Connors limiting anyone with a retirement income to four days per weeks and giving younger individuals those days.

9. Jack Harris, 536-4707, witnessed remarks by Sheriff Egan and/or Deputy Thomas Connors limiting anyone with a retirement income to four days per weeks and giving younger individuals those days.

10. Donald Richardson, 739-9212, witnessed remarks by Sheriff Egan and/or Deputy Thomas Connors limiting anyone with a retirement income to four days per weeks and giving younger individuals those days.

11. Michael Finnegan, 376-2927, witnessed remarks by Sheriff Egan and/or Deputy Thomas Connors limiting anyone with a retirement income to four days per weeks and giving younger individuals those days.

12. Joseph Watterson, 443-2779, witnessed remarks by Sheriff Egan and/or Deputy Thomas Connors limiting anyone with a retirement income to four days per weeks and giving younger individuals those days.

13. George Chamberlain, 537-5058, witnessed remarks by Sheriff Egan and/or Deputy Thomas Connors limiting anyone with a retirement income to four days per weeks and giving younger individuals those days.

14. Eugene Sullivan, 887-7667, witnessed remarks by Sheriff Egan and/or Deputy Thomas Connors limiting anyone with a retirement income to four days per weeks and giving younger individuals those days.

15. Kenneth Jaskiewicz, 823-1822, witnessed remarks by Sheriff Egan and/or Deputy Thomas Connors limiting anyone with a retirement income to four days per weeks and giving younger individuals those days.

16. Paul Vanderveer, 443-0476, witnessed remarks by Sheriff Egan and/or Deputy Thomas Connors limiting anyone with a retirement income to four days per weeks and giving younger individuals those days.

17. Harvey Hinse, 889-1328, witnessed remarks by Sheriff Egan and/or Deputy Thomas Connors limiting anyone with a retirement income to four days per weeks and giving younger individuals those days.

18. Victor Debartolo, 889-7995, witnessed remarks by Sheriff Egan and/or Deputy Thomas Connors limiting anyone with a retirement income to four days per weeks and giving younger individuals those days.

19. Timothy Murphy, 889-7175, witnessed remarks by Sheriff Egan and/or Deputy Thomas Connors limiting anyone with a retirement income to four days per weeks and giving younger individuals those days.

20. Henry Kerr, 739-2075, witnessed remarks by Sheriff Egan and/or Deputy Thomas Connors limiting anyone with a retirement income to four days per weeks and giving younger individuals those days.

21. Frank Paparelli, 889-0374, witnessed remarks by Sheriff Egan and/or Deputy Thomas Connors limiting anyone with a retirement income to four days per weeks and giving younger individuals those days.

                                THE PLAINTIFF

                                By_____
                                Francis A. Miniter    ct 09566
                                Miniter & Associates
                                100 Wells Street, Suite 1D
                                Hartford, CT 06103
                                860-560-2590

CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed to the following this _____ day of April, 2005:

Jane B. Emons
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120
860-808-5340
Email: jane.emons@po.state.ct.us

Jeffrey William Kennedy
Milano & Wanat LLC
471 E. Main St.
Branford, CT 06405
203-315-7000
Fax: 203-315-7007
Email: jkennedy@mwllc.us

                                                    _____
                                                    Francis A. Miniter