FILED

2005 JUN 14  A 10: 56

DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL ALLEN,<br>*Plaintiff* | : CIVIL ACTION NO. 3:02CV2251 (DJS)<br>:<br>: |
| v. | : |
| GERARD EGAN, EILEEN MEEHAN<br>and the NEW LONDON COUNTY<br>SHERIFF'S DEPARTMENT, NKA<br>JUDICIAL BRANCH OF<br>THE STATE OF CONNECTICUT,<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>: June 8, 2005 |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE
## FOLLOWING SETTLEMENT AGREEMENT

Plaintiff, Paul Allen, and Defendant, Gerard Egan, by their attorneys, jointly present this motion requesting that the above-entitled action be dismissed with prejudice on all counts. In support of this Motion, the parties to this motion state the following:

1. That on or about June 8, 2005, the parties signed a Settlement Agreement and General Release that memorialized the resolution of their dispute reached on May 23, 2005;

2. That the settlement is fair and just;

3. That any payment under the Settlement Agreement and General Release will be made in accordance with the terms of that agreement;

4. Accordingly, the plaintiff's claims against the defendant may now be dismissed with prejudice.

5. Except to the extent set out in the party's Settlement Agreement and General Release, each party will bear his own, or its own, attorney's fees and costs.

WHEREFORE, the parties request that the Court dismiss the above-captioned action with prejudice.

Dated: June 8, 2005.

PLAINTIFF,
PAUL ALLEN

Francis Miniter, Esq.
Miniter & Associates
100 Wells St., Unit 1-D
Hartford, CT 06103

DEFENDANT,
GERARD EGAN

Jeffrey Kennedy, Esq.
Milano & Wanat
471 East Main Street
Branford, CT 06405

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed, first class, postage prepaid, to all counsel and *pro se* parties of record, as follows:

Francis A. Miniter, Esquire
Miniter & Associates
Bushnell on the Park
100 Wells Street
Suite 1D
Hartford, Connecticut 06105


Jane B. Emons
Assistant Attorney General
55 Elm Street
4th floor
Hartford, CT 06141


on this the ___13___ day of June, 2005.

_____
Jeffrey W. Kennedy