UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL ALLEN,<br>    Plaintiff | :<br>:<br>: |
| v. | : CASE NO. 3:02CV2251 (DJS)<br>: |
| GERARD EGAN, EILEEN MEEHAN<br>and the NEW LONDON COUNTY<br>SHERIFF'S DEPARTMENT, NKA<br>JUDICIAL BRANCH OF<br>THE STATE OF CONNECTICUT,<br>    Defendants | :<br>:<br>:<br>:<br>:<br>: |

## JUDGMENT

This action having come on for consideration of the parties joint motion to dismiss with prejudice [dkt.#70] before the Honorable Dominic J. Squatrito, United States District Judge and,

The Court having considered the full record of the case including applicable principles of law, and having granted the joint motion to dismiss with prejudice, it is therefore,

ORDERED, ADJUDGED and DECREED that this case be dismissed with prejudice.

Dated at Hartford, Connecticut, this 21st day of June 2005.

KEVIN F. ROWE, Clerk

By _____
    Terri Glynn
    Deputy Clerk